Richard O. READ, Appellant, v. Henry W. STIMSON, Secretary of War, et al., Appellees.

Richard O. READ, Appellant, v. A. Ray ASHCRAFT, Appellee.

Nos. 8988, 9056.

United States Court of Appeals District of Columbia.

Submitted Oct. 24, 1945.

Decided Nov. 13, 1945.

Mr. Richard O. Read, appellant, pro se.

Messrs. Edward M. Curran, United States Attorney and Charles B. Murray and Daniel B. Maher, Assistant United States Attorneys, all of Washington, D. C., for appellees.

Before GRONER, Chief Justice, and CLARK and PRETTYMAN, Associate Justices.

PER CURIAM.

These are appeals from judgments of the United States District Court, denying appellant's petitions for injunctions and dismissing the actions in No. 8988 and No. 9056. The ground on which the court acted in each case is that the complaint fails to state a cause of action on which relief may be granted.

We have carefully gone through each record made in the court below and are of opinion that the action of the court in each instance was entirely correct.

Affirmed.